

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00143-CV

Dennis **OLIVARES**,
Appellant

v.

**STATE FARM BANK**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 370251
Honorable Jason Pulliam, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  November 5, 2014

DISMISSED

By order dated August 14, 2014, appellant's brief was stricken from the appellate record because appellant's brief did not contain citations to the record in the statement of facts and arguments sections of his brief.  TEX. R. APP. P. Rule 38.1(g),(i).  Appellant was ordered to file an amended brief containing appropriate record citations in the statement of facts and arguments sections of his brief no later than September 15, 2014.

On September 13, 2014, appellant filed a motion requesting a copy of the record.  In his motion, appellant acknowledged that he had been informed that he must review the record in this

court's offices. *See* 4th Tex. App. (San Antonio) Loc. R. 7.2(b) ("Parties who are representing themselves and are not licensed attorneys may inspect a record only in designated areas of the Court's offices."). Accordingly, appellant's motion was denied; however, the deadline for appellant to file his amended brief containing appropriate citations to the record was extended to October 3, 2014. This court's order stated, "If appellant does not file a brief containing appropriate record citations by October 3, 2014, this appeal will be dismissed for failure to comply with this court's order. *See* TEX. R. APP. P. 42.3."

Because appellant did not file an amended brief by the stated deadline, appellant failed to comply with this court's order. Accordingly, this appeal is dismissed. *See id.*

PER CURIAM